THE STATE OF NEW JERSEY, PLAINTIFF, v. ERNEST GRAZIANI, *ET ALS.*, DEFENDANTS-APPELLANTS.

Argued February 8, 9, 1960—Decided February 22, 1960.

*Mr. John E. Toolan and Mr. Sam Denstman* argued the cause for the appellants (*Messrs. Toolan, Haney & Romond,* attorneys).

*Mr. Sanford M. Jaffe* argued the cause for the respondent (*Mr. Brendan T. Byrne,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Freund in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, JACOBS, FRANCIS, PROCTOR, HALL and SCHETTINO—7.

*For reversal*—None.